**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: : Chapter 13
    Riggs, Sonya Renee
        Debtor : 18-15951

**AMENDED ORDER DIRECTING EMPLOYER TO MAKE WAGE
DEDUCTIONS FOR REMITTANCE TO TRUSTEE**

**TO EMPLOYER:
City of Philadelphia
Finance Dept-13th Floor
1401 JFK Boulevard
Philadelphia, PA 19102**

Re: **Riggs, Sonya Renee**
SSN: xxx-xx-2547

    The future earnings of the above named debtor Riggs, Sonya Renee, being subject to the continuing supervision and control of the court for the purpose of enforcing the terms of the debtor's chapter 13 plan,

    **It IS HEREBY ORDERED** that the employer of the debtor shall deduct from the earnings of the debtor, beginning with the next pay period following the receipt of this order the sum of: **$750.00 monthly for 12 months (Started back on 10/1/18), then as of this October 1, 2019 the monthly payment shall be reduced to $525.00 monthly for a period of 24 months,** pro rata per pay period (if paid weekly divide by four, biweekly divide by 2 for the amount per pay period).

    The employer shall continue said deductions until further Order of this Court and shall remit all monies withheld from the debtor's earnings at least monthly, or more frequently if convenient, in the dollar amounts stated below to: the chapter 13 Trustee whose names and addresses that appear below.

    **$750.00 monthly for 12 months (Started back on 10/1/18), then as of this October 1, 2019 the monthly payment shall be reduced to $525.00 monthly for a period of 24 months TO:** William C. Miller, Trustee, P.O. Box 1799, Memphis, TN 38101-1799

**Date: October 9, 2019**

BY THE COURT:_____
    Ashely M. Chan
    United States Bankruptcy Judge

City of Philadelphia
Finance Dept-13th Floor
1401 JFK Boulevard
Philadelphia, PA 19102

Riggs, Sonya Renee
5422 Willows Ave
Philadelphia, PA 19143

William C. Miller, Trustee
P.O. Box 40119
Philadelphia, PA 19106

John L. Mc Clain, Attorney for Debtor
John L. Mc Clain and Associates
PO Box 123
Narberth, PA 19072-0123