United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 18-15951-amc
Sonya Renee Riggs                                                         Chapter 13
            Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: YvetteWD        Page 1 of 1          Date Rcvd: Oct 09, 2019
                           Form ID: pdf900       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 11, 2019.
   NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
              E-mail/Text: megan.harper@phila.gov Oct 10 2019 03:20:00    City of Philadelphia,
              1401 JFK Blvd.,,   Finance 13th floor,   Philadelphia, PA  19102
                                                                              TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                         TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 11, 2019                    Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 9, 2019 at the address(es) listed below:
              JOHN L. MCCLAIN    on behalf of Debtor Sonya Renee Riggs aaamcclain@aol.com,   edpabankcourt@aol.com
              KEVIN G. MCDONALD    on behalf of Creditor    U.S. Bank National Association, (Trustee for the
              Pennsylvania Housing Finance Agency, pursuant to a Trust Indenture dated as of April 1, 1982)
              bkgroup@kmllawgroup.com
              LEON P. HALLER    on behalf of Creditor    U.S. Bank National Association, (Trustee for the
              Pennsylvania Housing Finance Agency, pursuant to a Trust Indenture dated as of April 1, 1982)
              lhaller@pkh.com,   dmaurer@pkh.com;mgutshall@pkh.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                              TOTAL: 5

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                    : Chapter 13
    **Riggs, Sonya Renee**
    **Debtor**                        : 18-15951

**AMENDED ORDER DIRECTING EMPLOYER TO MAKE WAGE
<u>DEDUCTIONS FOR REMITTANCE TO TRUSTEE</u>**

**TO EMPLOYER:
City of Philadelphia
Finance Dept-13th Floor
1401 JFK Boulevard
Philadelphia, PA 19102**

Re:   **Riggs, Sonya Renee**
SSN:  xxx-xx-2547

    The future earnings of the above named debtor Riggs, Sonya Renee, being subject to the continuing supervision and control of the court for the purpose of enforcing the terms of the debtor's chapter 13 plan,

    **It IS HEREBY ORDERED** that the employer of the debtor shall deduct from the earnings of the debtor, beginning with the next pay period following the receipt of this order the sum of: **$750.00 monthly for 12 months (Started back on 10/1/18), then as of this October 1, 2019 the monthly payment shall be reduced to $525.00 monthly for a period of 24 months,** pro rata per pay period (if paid weekly divide by four, biweekly divide by 2 for the amount per pay period).

    The employer shall continue said deductions until further Order of this Court and shall remit all monies withheld from the debtor's earnings at least monthly, or more frequently if convenient, in the dollar amounts stated below to: the chapter 13 Trustee whose names and addresses that appear below.

    **$750.00 monthly for 12 months (Started back on 10/1/18), then as of this October 1, 2019 the monthly payment shall be reduced to $525.00 monthly for a period of 24 months TO:** William C. Miller, Trustee, P.O. Box 1799, Memphis, TN 38101-1799

**Date: October 9, 2019**          BY THE COURT:_____

                                       Ashely M. Chan
                                     United States Bankruptcy Judge

City of Philadelphia
Finance Dept-13th Floor
1401 JFK Boulevard
Philadelphia, PA 19102

Riggs, Sonya Renee
5422 Willows Ave
Philadelphia, PA 19143

William C. Miller, Trustee
P.O. Box 40119
Philadelphia, PA 19106

John L. Mc Clain, Attorney for Debtor
John L. Mc Clain and Associates
PO Box 123
Narberth, PA 19072-0123