**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: : Chapter 13
Riggs, Sonya Renee

Debtor : 18-15951

### ORDER FOR ALLOWANCE OF COMPENSATION
### AND REIMBURSEMENT OF EXPENSES

AND NOW, this  30th  day of  December  , 2019, upon consideration of the Application for allowance of Compensation and Reimbursement of Expenses filed by Debtor's counsel, IT IS HEREBY

**ORDERED** that the Application is granted and compensation of $7,500.00 and $12.60 in expenses are **ALLOWED,** and  the unpaid balance of $7,000.00 and $12.60 shall be paid through debtor's Chapter 13 Plan through the office of the Chapter 13 trustee as an administrative priority expense, to the extent provided for by the Debtor's confirmed plan.

_____
Bankruptcy Judge

John L. Mc Clain, Attorney for Debtor
John L. Mc Clain and Associates
PO Box 123
Narberth, PA 19072-0123

William C. Miller, Trustee
P.O. Box 40119
Philadelphia, PA 19106

Riggs, Sonya Renee
5422 Willows Ave
Philadelphia, PA 19143