United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Sonya Renee Riggs  
    Debtor

Case No. 18-15951-amc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: YvetteWD    Page 1 of 1    Date Rcvd: Dec 30, 2019  
                        Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 01, 2020.  
db          +Sonya Renee Riggs,   5422 Willows Ave,   Philadelphia, PA 19143-4130

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 01, 2020                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 30, 2019 at the address(es) listed below:  
        JOHN L. MCCLAIN   on behalf of Debtor Sonya Renee Riggs aaamcclain@aol.com, edpabankcourt@aol.com  
        KEVIN G. MCDONALD   on behalf of Creditor   U.S. Bank National Association, (Trustee for the Pennsylvania Housing Finance Agency, pursuant to a Trust Indenture dated as of April 1, 1982) bkgroup@kmllawgroup.com  
        LEON P. HALLER   on behalf of Creditor   U.S. Bank National Association, (Trustee for the Pennsylvania Housing Finance Agency, pursuant to a Trust Indenture dated as of April 1, 1982) lhaller@pkh.com, dmaurer@pkh.com;mgutshall@pkh.com  
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
        WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com, philaecf@gmail.com  
                                          TOTAL: 5

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                  : Chapter 13
   Riggs, Sonya Renee

       Debtor            : 18-15951

**ORDER FOR ALLOWANCE OF COMPENSATION**
**AND REIMBURSEMENT OF EXPENSES**

AND NOW, this  30th  day of  December  , 2019, upon consideration of the Application for allowance of Compensation and Reimbursement of Expenses filed by Debtor's counsel, IT IS HEREBY

   **ORDERED** that the Application is granted and compensation of $7,500.00 and $12.60 in expenses are **ALLOWED,** and the unpaid balance of $7,000.00 and $12.60 shall be paid through debtor's Chapter 13 Plan through the office of the Chapter 13 trustee as an administrative priority expense, to the extent provided for by the Debtor's confirmed plan.

_____
Bankruptcy Judge

John L. Mc Clain, Attorney for Debtor
John L. Mc Clain and Associates
PO Box 123
Narberth, PA 19072-0123

William C. Miller, Trustee
P.O. Box 40119
Philadelphia, PA 19106

Riggs, Sonya Renee
5422 Willows Ave
Philadelphia, PA 19143