**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                                              : Chapter 13
    Riggs, Sonya Renee

      Debtor(s)                                          : 18-15951

    :

**ORDER TERMINATING WAGE ORDER**

    **AND NOW,** this 9th day of August 2021, upon consideration of the Debtor's counsel's Application to Terminate Wage Order, it is hereby

    **ORDERED**, that the wage order previously entered in this case, directing City of Philadelphia to make monthly payments on behalf the debtor to the chapter 13 trustee, is hereby terminated.

                  BY THE COURT

                  _____
                  MAGDELINE D. COLEMAN
                  CHIEF U.S. BANKRUPTCY JUDGE

City of Philadelphia
Finance Dept-13th Floor
1401 JFK Boulevard
Philadelphia, PA 19102

John L. Mc Clain, Attorney for Debtor
John L. Mc Clain and Associates
PO Box 123
Narberth, PA 19072-0123

Riggs, Sonya Renee
5422 Willows Ave
Philadelphia, PA 19143

William C. Miller, Trustee
P.O. Box 40119
Philadelphia, PA 19106