Certificate Number: 14912-PAE-DE-035924725

Bankruptcy Case Number: 18-15951



14912-PAE-DE-035924725

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 17, 2021, at 11:03 o'clock PM EDT, Sonya Riggs completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: August 17, 2021       By: /s/Jai Bhatt

                            Name: Jai Bhatt

                            Title: Counselor