United States Bankruptcy Court
Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-15951-mdc |
| Sonya Renee Riggs | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Nov 18, 2021 | Form ID: 138OBJ | Total Noticed: 32 |

The following symbols are used throughout this certificate:
**Symbol  Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 20, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Sonya Renee Riggs, 5422 Willows Ave, Philadelphia, PA 19143-4130 |
| 14193717 | + | City Of Philadelphia, Parking Violations Branch, P.O. Box 56048, Phila., PA 19130-6048 |
| 14193719 | + | John L. McClain and Associates, PO Box 123, Narberth, PA 19072-0123 |
| 14193720 | + | KML Law Group, PC, 701 Market Street, Philadelphia, PA 19106-1541 |
| 14193721 | + | Mars Collection Agency, 9126 E 46th St, Tulsa, OK 74145-4824 |
| 14193725 | + | PGW, 800 W. Montgomery Avenue, Philadelphia, PA 19122-2806 |
| 14193726 | + | PGW, PO Box 11700, Newark, NJ 07101-4700 |
| 14193724 | + | Penn Medicine, PO Box 824406, Philadelphia, PA 19182-4406 |
| 14193728 | + | Quality Asset Recovery, 7 Foster Ave, Ste 101, Gibbsboro, NJ 08026-1191 |
| 14193729 | + | Santander Consumer Usa, Po Box 961245, Ft Worth, TX 76161-0244 |
| 14270274 | + | U.S. BANK NATIONAL ASSOCIATION, (Trustee for the P, 211 N. Front St, Harrisburg, PA 17101-1406 |
| 14258108 | + | US Bank National Association, c/o Kevin G. McDonald, Esquire, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14277218 | | US Department of Education, Po Box 16448, Saint Paul, MN 55116-0448 |
| 14193732 | + | Us Dept Ed, PO Box 1030, Coraopolis, PA 15108-6030 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Nov 18 2021 23:32:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 18 2021 23:32:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Nov 18 2021 23:32:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14213769 | | Email/Text: bnc@atlasacq.com | Nov 18 2021 23:32:00 | Atlas Acquisitions LLC, 294 Union St., Hackensack, NJ 07601 |
| 14214294 | | Email/Text: bnc@atlasacq.com | Nov 18 2021 23:32:00 | Atlas Acquisitions LLC, c/o Avi Schild, 294 Union St, Hackensack, NJ 07601 |
| 14193715 | | Email/Text: bankruptcy@rentacenter.com | Nov 18 2021 23:32:00 | Acceptance Now, Acceptance Now Customer Service, 501 Headquarters Dr, Plano, TX 75024 |
| 14278701 | | Email/Text: megan.harper@phila.gov | Nov 18 2021 23:32:00 | City of Philadelphia, Law Department Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14193716 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Nov 18 2021 23:32:10 | Capital One Auto, Attn: Bankruptcy Dept, PO Box 30258, Salt Lake City, UT 84130-0258 |
| 14212237 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 18 2021 23:32:02 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 14196248 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 18 2021 23:31:58 | Capital One Auto Finance, a division of Capital |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 18, 2021 | Form ID: 138OBJ | Total Noticed: 32 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | On, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14193718 | + | Email/Text: documentfiling@lciinc.com | Nov 18 2021 23:32:00 | Comcast Cable, PO Box 3005, Southeastern, PA 19398-3005 |
| 14230904 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 18 2021 23:42:31 | LVNV Funding, LLC its successors and assigns as, assignee of MHC Receivables, LLC and, FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14193727 | + | Email/Text: megan.harper@phila.gov | Nov 18 2021 23:32:00 | PGW c/o Law Department, 1515 Arch Street, 14th Floor, Philadelphia, PA 19102-1504 |
| 14193722 | + | Email/Text: blegal@phfa.org | Nov 18 2021 23:32:00 | Pa Housing Finance Age, PO Box 8029, Harrisburg, PA 17105-8029 |
| 14193723 | + | Email/Text: bankruptcygroup@peco-energy.com | Nov 18 2021 23:32:00 | Peco Energy Company, 2301 Market Street, Philadelphia, PA 19103-1380 |
| 14193729 | + | Email/Text: enotifications@santanderconsumerusa.com | Nov 18 2021 23:32:00 | Santander Consumer Usa, Po Box 961245, Ft Worth, TX 76161-0244 |
| 14193731 | | Email/PDF: ais.tmobile.ebn@aisinfo.com | Nov 18 2021 23:31:57 | T-Mobile, Customer Relations, P.O. Box 37380, Albuquerque, NM 87176-7380 |
| 14204750 | + | Email/PDF: ebn_ais@aisinfo.com | Nov 18 2021 23:31:58 | T Mobile/T-Mobile USA Inc, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14193733 | + | Email/Text: megan.harper@phila.gov | Nov 18 2021 23:32:00 | Water Revenue Bureau, 1401 JFK Blvd, Philadelphia, PA 19102-1663 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14193730 | *+ | Sonya Renee Riggs, 5422 Willows Ave, Philadelphia, PA 19143-4130 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 20, 2021         Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 18, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| JOHN L. MCCLAIN | on behalf of Debtor Sonya Renee Riggs aaamcclain@aol.com edpabankcourt@aol.com |
| KENNETH E. WEST | |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Nov 18, 2021 | Form ID: 138OBJ | Total Noticed: 32 |

ecfemails@ph13trustee.com  philaecf@gmail.com

KEVIN G. MCDONALD
on behalf of Creditor U.S. Bank National Association  (Trustee for the Pennsylvania Housing Finance Agency, pursuant to a Trust Indenture dated as of April 1, 1982) bkgroup@kmllawgroup.com

LEON P. HALLER
on behalf of Creditor U.S. Bank National Association  (Trustee for the Pennsylvania Housing Finance Agency, pursuant to a Trust Indenture dated as of April 1, 1982) lhaller@pkh.com, dmaurer@pkh.com;mgutshall@pkh.com

REBECCA ANN SOLARZ
on behalf of Creditor U.S. Bank National Association  (Trustee for the Pennsylvania Housing Finance Agency, pursuant to a Trust Indenture dated as of April 1, 1982) bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Sonya Renee Riggs
    Debtor(s)

Case No: 18−15951−mdc

Chapter: 13

___

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

    900 Market Street
    Suite 400
    Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 11/18/21

70 − 66
Form 138OBJ